## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

Rob Allen Patterson _____, Plaintiff.

v.

- Colorado Attorney General's office etal

- Colorado State Attorneys office etal.

Colorado Bureau of Investigation etal

Drug Enforcement Agency Colo etal Defendant(s).

SEE
ATTACHED

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 03 2019

JEFFREY P. COLWELL
CLERK

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

SEALING OF FILING REQUESTED C.I. $
INFORMATION AGENT IDENTIFICATION.

ATTACHED   SECTION B   DEFENDANTS

-1 Colorado Attorney Generals office et al

-2 Colorado State Attorney office et al

-3 Colorado bureau of Investigation et al

-4 Drug Enforcement Agency of Colorado et al

5 FBI DENVER Colorado et al

6 DEA WASHINGTON DC et al

7 FBI WASHINGTON DC et al

8 STATE DEPARTMENT WASHINGTON DC et al

-9 Jefferson County Sheriffs office et al

-10 JUDGE LEWIS T BABCOCK US DC

-11 JUDGE C P Coalliger US DC

-12 NORTH TASK Colorado et al

-13 JUDGE PAUL A KING Jefferson District court

-14 District Attorney Ken Kupfner DA Boulder Colorado

-15 Attorney Brian Emeson Attorney Boulder Colorado

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Rob Allen Patterson    Po10q5377, PoBox 16700,
(Name, prisoner identification number, and complete mailing address)

Golden Colorado  80402
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___✓___ Pretrial detainee
_____ Civilly committed detainee
_____ Immigration detainee
___✓___ Convicted and sentenced state prisoner
_____ Convicted and sentenced federal prisoner
_____ Other: (*Please explain*) _____

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:  Colorado Attorney General's office (Atty Gen Colo)
(Name, job title, and complete mailing address)

1300 Broadway 10th FL Denver Colo  80203

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*): Briefly explain:

Employed As Attorney General State of Colo an 2
refused requests for Grand Jury or Review

Defendant 1 is being sued in his/her _X_ individual(and)/or _X_ official capacity.

# B Defendants
## INformation

At the time the Claims Arose All defendants Acting under Color of law  X Yes. All Are Employed By STATE, FEDERAL AND GOVERNMENT OFFECES As public Servants. Def 1  Def 2

Def 3. Def 5, Def 6 Def 7, Def 8, Def 9, Def 10 Def 11 Def 12. Def 13 Def 14. Def 15

ALL ABOVE DEFENDANTS ARE BEING SUED IN BOTH INDIVIDUAL AND Official Capacity.

Defendant 2: _STATE OF COLORADO'S ATTORNEY (Colo State Atty)_
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

_Acting As Colo State Atty to Defend STATE OF Colorado._

Defendant 2 is being sued in his/her _X_ individual and/or _X_ official capacity.

Defendant 3: _Colorado Bureau of Investigation (Criminal investigation Colo)_
(Name, job title, and complete mailing address)
_690 Kipling St #400 Lakewood Co 80215_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

_In charge of records and files pertaining to Rob Allen Rebbecca / Roberto Jimenez Morales_

Defendant 3 is being sued in his/her _X_ individual and/or _X_ official capacity.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_   42 U.S.C. § 1983 (state, county, and municipal defendants)

_X_   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

_X_   Other: (*please identify*)   _Constitutional Liberty infringement_
_Refusal to Arrest_
_Brady & Jencks_

3

ATTACHED B ADDRESSES

Def 1  Colorado Attorney Generals office et al

RALPH CARR JUDICIAL BUILDING.

1300 Broadway  10th floor

Denver Colorado  80203

Def 2  Colorado State Attorneys office et al

1801 California ST # 1600

Denver Colorado  80202

Def 3  Colorado Bureau of Investigation et al

690 Kipling Street # 400

LAKEWOOD  Colorado  80215

Def 4  DEA Drug enforcement Agency Colo. et al

12154 E Easter AVE

Centennial  Colorado  80112

1

Attached B Addresses

Def 5    FBI FEDERAL Bureau of INVestigation etal

8000 EAST 36th Ave

Denver Colorado 80238

Def 6    DEA WASHINGTON DC etal

800 K Street NW

Washington DC 20001

Def 7    FBI washington DC etal

601 4th Street NW

washington DC 20535

Def 8    STATE DEPARTMENT WASH DC etal

2201 C Street NW

washington DC 20520

Def 9    JCSO Jefferson county sheriffs etal

200 Jefferson county pk wy

Golden CO 80401

2

Attached B Addresses

Def 10    JUDGE Lewis T Babcock
          901 19th ST
          Denver Colorado 80294

Def 11    Judge G P Galliger
          901 19th St
          Denver Colorado 80294

Def 12    North TASR et al.
          9500 Civic Center Dr et al
          Thornton Co. 80229

Def 13    JUDGE Paul A King
          100 Jefferson county pk wy
          Golden Co 80401

Def 14    District Attorney Ken Kupfner
          1777 6th Street
          Boulder Colorado 80302

3

Attached D ADDRESSES

Def 15          Address un Known
                All mail returned

                Defendants criminal Attorney

                Brian Emeson

1               50 S Steele St # 930
                Denver Co

2               5445 DTC Parkway # 912

                Greenwood Village  Co
                                     80111

3               JCDC /co Brian Emeson
                100 Jefferson County pkwy
                Golden Co 80401

        East of Defendants

                    4

**D.     STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim,
specify the right that allegedly has been violated and state all facts that support your claim,
including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s)
involved in each claim, and the specific facts that show how each person was involved in each
claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space
is needed to describe any claim or to assert additional claims, use extra paper to continue that
claim or to assert the additional claim(s).  Please indicate that additional paper is attached and
label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>EQUAL PROTECTION .</u>

Supporting facts: OVER 100 Letters to the Defendants since
2015 to verify files (reported stolen) to verify my
history. (As I'm called Delusional . a liar. A Mainger
and a manipulator of the system) DEA FBI CBI

THESE AGENCIES — HAVE RECORDS THAT INDICATE ME
Rod Patten as an un paid INFORMANT, with
a 100% positive record. California Mexico . Colo. Wyoming.
Since courts- DA's Judges. Attorneys & DR's
ARE LABELING ME . ALONG WITH JAIL + THE
MEDICAL DEPT, DENIAL of CARE DUE TO THE
FABRICATED REPORT FROM 97. 98 2016 2017
2018 2019. ALL COUNTED. (Identification Could have stopped)

4

(D)

STATEMENT OF CLAIMS

UNDER EQUAL PROTECTION

Refusal to respond to requests to correct perjury

By DA. JUDGE IN Supreme court brief on

Appeal and M Case 2019-SC-346. further

Refusal to respond to Known perjury M Dr

MCINTOSH DR POWYS. Dr martin DR COREEN

DR Inman. DR INGRAM AND ALL EVALS

DonE BY CMHIP. SINCE 1998

THE PLAINTIFF ROB ALLEN PATTERSON IS A

KNOWN UN-PAID CI. UN-compensated CI

AND HAS NEVER REQUESTED HELP FROM AGENTS

HE HAS WORKED FOR.

NOW THE PLAINTIFF IS FORCED BY SLANDER.

DEFAMATION AND CHARACTER ASSISSANATION BY

JUDGE KING JUDGE MOORE AND BABCOCK.

2

FURTHER DUE TO THE KNOWN REPORTS. I E
NAMES OF AGENTS DATES OF WORK. AGENCYS
WORKED for. PERSONS INFORMED UPON AND
EVEN Complete Destiptions of Cases Along
WITH Affidavits All 100% verified All
CASES Prosecuted And that Defendant
Rob Allen Patterson WAS NOT PAID
NOT Compensated and has never Requested
the help of the DEA STATE DEPT TASK
FBI & NARCOTICS UNTIL NOW. FURTHER
JUDGE REFUSES TO ACKNOWLEDGE THE FACT
ALL OF DEFENDANTS FILES HAVE BEEN
STOLEN. AND REFUSES A HEARING ON
DEFAMING SLANDEROUS CHARACTER ASSISSINATON

# STATEMENT OF CLAIMS

(1)

JUDGE PAUL A KINGS DECIDERATE REMOVAL OF
FILED INFORMATION PROVING JUDGE PAUL A KING
IS AWARE OF PERJURY HE FILED IN SUPREME
COURT. THAT HE ALSO DENIED HEARINGS ON
EVALS TO PROVE PERJURY. THAT HE WAS NOTIFIED
IN WRITING JUNE OF 2019 AND DURING ATTEMPT
TO DISMISS BRIAN EMESON AS FRADULENT COUNSEL
JUDGE KING HAS BLOCKED ALL ATTEMPTS TO
CORRECT RECORD AND STOP SCANDER. DEFAMATION
AND CHARACTOR ASSISSINATION BY THE KNOWN
USE OF PERJURED REPORTS DATING BACK
TO 1997 AND JUDGE PAUL A KING RELYS
ON THESE CMHIP EVALS TO FURTHER HIS
AGENDA TO PERSECUTE A DEFENDANT WHO
REFUSES TO ALLOW MALICIOUS PROSECUTION.

B

By refusing to contact Government Agents
that the Defendant worked for And By
REFUSING REVIEW OF DR Emily INMANS
AND DIRECTOR/TEAM LEADER KIA AT CMHIP
WHO SPOKE WITH AGENT TO VERIFY MY WORK
HISTORY AND RULE OUT "GRANDIOSE DELUSIONS
OF WORKING FOR GOVERNMENT"

KEY POINT IGNORED AND ALL HEARINGS, NOTES
INFORMATION REQUESTS LETTERS MOTIONS ON
THIS SUBJECT ARE DENIED BY JUDGE
KING REFUSED BY ATTORNEY BRIAN EMRASON
AND NOT RESPONDED TO BY DA KEN
KUPFNER. proving malicious prosecution and
Denial of Due process and EQual protection.

5

# Claims D

Colorado Attorney General . Colorado State Attorney

ALL HAVE REFUSED TO RESPOND TO over 50 letters

concerning Stolen Government files. Perjury and the

Slander by the courts . CMHIP AND the use of

A DISMISSED FALSE . INVALID REVIEW BY

DR MEINTOSH From 1997 that has further

Damaged All Subsequent Evals By CMHIP

AND LABLED DEFENDANT A malingering liar

that never worked for the government was

never ASSAULTED By police or By transcor

guards tommy turner & karl kudny. These

Acts constitute violation of Equal protecton Due

process and malicious proceiston By their

failure to Stop perjury By Judges in

the replys to USCA and USSC Colorado.

6

D Claims

UNDER EQUAL PROTECTION OF LAWS THE
14 Amendment, TOGETHER Jefferson County
Sheriffs office NORTH TASK DEA OF Colorado
CBI OF Colorado and Judge Gordon P Gallager

Did Conspire to deprive equal privileges and
immunities under law,

THE officials were contacted over 100 times
on the Background of the Defendant Rob Allen
Patterson. his work history and the fact the
courts were using perjured Slanderous
Defamy character Assissination to further their
Agenda of a Malicious prosecution due
to the reports from 9-232 Uinta County
Wyoming 1997 - and Denied the protection

7

1) CLAIMS

UNDER THE 14th Amendment for EQUAL protection AND DID NOT NOTIFY THE COURTS. DA or Attorneys that the record was infact perjured Against Rob Allen Patterson, and that the Allegations now in Appeal and US Supreme court are BASED upon an incorrect record from 1997 IN SPITE OF THESE ADVERSE EFFECTS THESE AGENCIES and Judge Gordon P Gallager Continued to Allow this clear violation of law. Clearly the Purpose was to deny fair trial, fair Appeal and fair Seating of Supreme courts handling of Corderaria 2019-SC-346 And to Allow the malicious prosecution to continue By Ignoring All letters warning of Suits.

8

D          CLAIMS

Colo Atty Generals office, Colorado State Attorneys office, Colorado Bureau of Investigation, The Colorado Drug Enforcement Agency DEA, Federal Bureau of Investigation Denver, DEA Washington D.C. FBI Washington D.C. , State Department Washington DC , North Task Colorado ⊕ Pueblo County Task.

THE Due Process Violations

II BRADY JENCKS VIOLATIONS. PLAINTIFF FILES CLAIM UNDER GOVERNMENTS FAILURE TO ASSIST FAILURE TO MAKE TIMELY DISCLOSURE OF INFOR- MATION FAVORABLE TO THE DEFENSE IN VIOLATION

⑨

# D. CLAIMS

OF THE GOVERNMENTS OBLIGATION UNDER DUE

PROCESS CLAUSE BRADY V MARYLAND 373 U.S.

83. 83 S.Ct. 1194. 10 LEd 2d 215 (1963) ALSO IN

GIGLIO V UNITED STATES 405 US 150 92 S.Ct. 763

31 LEd 2d 104 (1972) UNITED STATES V BAGLEY 473

US. 667. 105 S.Ct. 3375. 87 LEd 2d 481 (1985). B

Kyles V Whitley 514 US. 419. 115 S.Ct. 1555. 131

LEd 2d 490 (1995)

EVIDENCE OF CHARACTER AND RELIABILITY OF WITNESS

INFORMATION, FURTHER FACTS IN THE WYOMING CASE

LEFT OUT HAVE TAINTED ALL CASES HERE. THE FACTS

ARE UN DENYABLE AND THE FACTS WRITTEN IN THE

RECORD ARE FICTION AND LEAD DA. JUDGE AND

COUNSEL TO BELIEVE THE PLAINTIFF ROB ALLEN

PATTERSON MIS-LED THEM. LIED TO THEM AND

TRIED TO MANIPULATE THEM. WHEN IN FACT

# D CLAIMS

HE WAS ACTUALLY INFORMING THEM THAT HIS FILES WERE STOLEN, IDENTITY RELEASED AND THAT THE CASES BEING USED AGAINST HIM WERE FALSE ALONG WITH THE FAKE, SLANDEROUS AND DEFAMING REPORTS CAUSING CHARACTER ASSISSINATION BY DR. MCINTOSH AND ALL DRS USING HIS REPORT AS A TEMPLATE. 1997 TO PRESENT.

SAID EVALUATIONS NOW BEING USED AGAINST DEFENDANT, IN U.S. SUPREME COURT BY DA, JUDGE KMJ ALSO USED BY APPEALATE JUDGE IN USDC CASE APPEALED. BRADY & JENCKS COVERS 100% EVIDENCE AFFECTING THE CREDIB-ILITY OF THE PLAINTIFF US. V CLARKE 767. THE FACT THE INFORMATION WAS SO DETRIMENTAL EVEN THE DEFENSE ATTORNEYS FAILED TO BELIEVE THE PLAINTIFFS STORY.. AS THE DRS REPORTS

(11)

# D. CLAIMS

WERE written to discredit any statements made by the plaintiff. Further the FACTS LEFT OUT BY DEA, TASK. NARCOTICS AND STATE DEPT ALONG WITH FBI HAVE CORRUPTED EVERY EVALUATION AND CASE SINCE 1997. THE STATEMENT IS CLEAR "ROD ALLEN PATTERSON HAS NEVER BEEN AN INFORMANT FOR ANY GOVERNMENT AGENCY. NOR WAS HE A VICTIM OF POLICE BRUTALITY." CLEARLY DEFAMATION - CLEARLEY CHARACTER ASSISSINATION. CLEARLY PERJURY 10890.

DEA/STATE DEPT 1997 SAN YSIDRO TIJUANA. CBI PUEBLO PUEBLO TASK PUEBLO COUNTY SHERIFFS TASK 1985 TO 2002 DEA 2002 STERLING CORRECTIONAL FACILITY. AND IOWA DEA/TASK WAVARLY IOWA. WATERLOO IA.

THIS INFORMATION. FAVORABLE TO THE DEFENSE/PLAINTIFF WAS NEVER DISCOSED. AT TRIAL US V Pollack 534 F2d 964 (DC. CIR 1976) disclosure by Government must be made at such a time as to allow the defense to use the favorable material effectively in the preparation an presentation OF ITS CASE. Even if satisfaction of this criterion requires

⑳

D CLAIMS

Pretrial disclosure ID AT 937 similarly M Bagley 473 US at 678.105 Sct. 3375. The supreme court had observed that the constitional error, if any this case was the lovernments failure to assist the plantiff by disclosing information that would have been helpful in the conducting of cross examinations and testimony. Timing of disclosure under Jencks Act violated in full.

AS IT WAS LEFT OUT THE FACTS SURROUNDING THE CASE LEAD DA JUDGE TO DENY FAIRNESS THE TRUTH WAS NEVER DISCLOSED.

HERE IN LIES THEIR DEPTH AND THE FULLY VIEWED EFFECTS HAVE BROUGHT ABOUT NUMEROUS VIOLATIONS AS THE COURTS. JUDGES DA. AND ATTORNEYS LEFT THE CONSTITUTION ON THE FLOOR AND DENIED EVERY SINGLE RIGHT AFFORDED BY THE ACCUSED. AND TO VALIDATE THEIR ACTS ACCUSED WAS LABELED. SLANDERED DEFAMED AND NOT ALLOWED 1 SINGLE WITNESS OR HEARING ON FACTS OR CROSS EXAMINATION OF THE INFORMATION IN THE VERY EVALUATIONS THAT HAVE CAUSED ABUSES BY THE COURTS AND THEIR OFFICERS. AND CORRUPTION IN THE JEFFERSON COUNTY SHERIFFS OFFICE. TO STOP PLAINTIFF

18

THE MENTAL HEALTH REPORTS
CMHIP OR ITP EVALUATION

THE FACTS REPORT BY DR MCINTOSH IS CORRUPTED AND
CONTAINS ZERO VERIFIED FACTS. DR FULLY RELIED UPON
OFFICIAL COURT RECORD FOR BACKGROUND AND OFFENSE INFOR-
MATION, DR REFUSED TO CONTACT ANY ATTORNEYS OR THE
CLAIMED AGENCIES THAT I REPORTED HAVING JUST LEFT
IN SAN YSIDRO AND ACTUALLY CALLED TO RUN ID AND THE
BACKGROUNDS OF TOMMY TURNER & KARL KUPIN. FURTHER
THIS SO CALLED SPECIALIST NEVER CONTACTED NORTH LAS VEGAS
DETENTION FACILITY TO VERIFY REPORTS DONE THERE ON MY
MEDICAL TREATMENT AND THE QUESTIONING OF WITNESSES
AT NORTH LAS VEGAS BY NURSE HALL AND SARGENT THERE.
EVEN MORE PROOF OF THE RELIANCE ONLY ON COURT RECORDS
THE 1994 POLICE BRUTALITY CASE ON TELLER COUNTY CO.
FILED BY ATTORNEY MATHEW MARTIN PUEBLO. WITNESSED
BY 13 YEAR PSA FRANK HERRERA. NOT CONTACTED BY DR.
NOR DID DR CONTACT PUEBLO CITY POLICE NARCOTICS DIV
PUEBLO CBI. DEA/STATE SAN YSIDRO TO VERIFY HISTORY.

NOW. THE COURTS HAVE FORCED SUPREME COURT REVIEW OF THIS
EVIDENCE AS THEY HAVE USED THE LIES IN REPORTS TO SUPPORT
THEIR REASONING FOR CONVICTION & DENIAL OF APPEALS. TSY

(1) EVAL

Cont. The mental health reports

QUOTING EVALUATIONS AND REVIEWS ALL USING THE SAME EVALUATION BY MCINTOSH IN 1997 FURTHER THE COURT HAS DENIED EVERY ATTEMPT TO GET HEARINGS ON THE CORRUPTED EVALUATIONS AND EVEN REFUSED TO GIVE COPIES OF THE LAST TWO REPORTS. HAVING HEARINGS ON CLAIMS THAT THE DEFE- NDANT HAS NEVER SEEN. YET, IT IS CLEAR THAT JUDGE KING FULLY ACCEPTS THE PERJURY, SLANDER, DEFAMATION AND CHARACTER ASSISSINATION IN REPORTS AS HE HAS DIRECTLY RELATED HIS DECISIONS IN CIVIL & CRIMINAL CASES BASED UPON THESE REPORTS. (Yet no hearings allowed at all Zero)

IF THE COURTS WERE TO ACTUALLY DO THEIR JOB AND NOT CONTINUOSLY ATTEMPT TO DENY DUE PROCESS AND ALLOW A TRUE HEARING ON EVALS EVIDENCE AND REPORTS, ALSO BY CONTRACTS IN FEDERAL AND STATE GOVERNMENT THEY WOULD CLEARLY BE FORCED TO RECALL THEIR FILINGS IN SUPREME COURT IN US COURT OF APPEALS AND IN THE US DISTRICT COURT. ALONG WITH ALL THEIR DECIS- IONS IN THE LOCAL COUNTY AND DISTRICT COURTS HERE IN JEFFERSON COUNTY. (Brady & Jencks Violations are clear here)

THE COURTS ARE NOW REMOVING ALL RECORDS THAT REFLECT THE REQUESTS BY DEFENDANT FOR ILLEGAL USE OF THE CORRUPTED EVALS. AND TIME THAT NOTICE WAS GIVEN TO COURTS.

② EVAL

Cont. The mental health reports

ALL RECORDS RELATING TO MY WORK HISTORY PHOTOGRAPHS
RECORDINGS. Action reports. AFFIDAVITS. CASE NUMBERS. AGENTS
CURRENT INVESTIGATIONS AND ALL PRIOR WORK FOR GOVERNMENT
INCLUDING CASES WERE REPORTED STOLEN. FURTHER THE
FACT THAT CALL TO NORTH TASK FROM TRANCO FIELD OF THE
RELEASED INFORMATION. FILES RECORDINGS & REPORTS WAS BEFORE
ARREST AND BEFORE ANY WARRANTS. OR EVEN ACCUSATIONS BY
STATES WITNESSES. [IE: REPORT TO PUBLIC DEFENDER THEN THE
PUBLIC DEFENDER ALSO NOT BELIEVING DEFENDANT LABLED THE
CLAIMS AS GRANDIOSE DELUSIONS AND MOVED FOR TRANSFER
TO STATE HOSPITAL. W/O EVEN CONTACTING ANY AGENCY THAT
I CLAIMED NOT EVEN TRANCO FIELD OR NORTH TASK]

UPON MEETING WITH SO CALLED ATTORNEY I CLEARLY STATED
"FILES STOLEN. ID RELEASED AND I'VE NEVER HAD ADVISEMENTS"
UPON ARRIVAL AT CMHIP DR GREEN ASKED ① "WHAT ARE YOUR
CHARGES" "DON'T KNOW I WAS NEVER ADVISED" "WELL AREN'T
THESE YOUR CASE #S". "ONE IS. IT'S THE CLAIM I HIT MY
WIFE IN THE PINKY TOE WITH A KEY BOARD AND I RECEIVED
A SENTANCE OF 7 DAYS" "when you get your records straye call me back"
KEY NOTE 2 DAS WERE PRESENT FOR THIS SO CALLED ITP
EVALUATION. YET NO HEARING ON FACTS OR THE EVIDENCE WAS
ALLOWED BY THE COURTS. AND HERE THE TROUBLE STARTS.

③ EVAL

*REAL FACTS*

WHEN MENTAL HEALTH DEPARTMENT FAILED TO LOG COMPLAINTS. SET UP A FICTIONAL APPOINTMENT WITH CORDOVA (DOES NOT WORK HERE ANYMORE) AND GAVE INFORMATION DIRECTLY TO THE MAIN CRIMINAL "SARG WILLIAMS" WHO IS PROVEN TO HAVE LIED TO DR JOHNSON DOWN PLAYING THE VERY REAL ALLEGATIONS AND PROOF OF THE CONSPIRACY. Approx 6,000 Appeals are filed in the supreme court each year. only a hand full About 200 are accepted. my case is so full of the very reason's Appeals are filed I was Accepted on 3 of my over 100 ISSUES. FACTS 1 THAT ONLY 3 ISSUES WERE FILED BY ATTORNEY HENSON. So I ATTEMPTED TO GET THE OTHER 100 ISSUES OUT TO PROVE AN APPEAL ON LAW IS NOT MY CHOICE. An Appeal on EVIDENCE OF INNOCENCE and an order that the trial was A SHAM, A FAKE, A FARCE, A FULLY CORRUPTED PROVEN ILLEGAL, FRAMED, COERCED, FICTIONAL PLAY. THERE WERE NO EXIBITS ALLOWED FOR DEFENSE. NO PHOTOS. NO TEXTS- NO EMAILS. NO CALL LOGS - NO POLICE REPORTS. NO MESSENGER. NO FACE BOOK. NO VIDEO. NO IMPEACHMENTS. NO WITNESSES FOR DEFENSE. ZERO.

JUDGE WAS PROVEN BIAS. IN REPORT TO SIU BEALE MONTHS BEFORE ANY TRIAL OR SENTANCING. JUDGE TOLD DEFENDANT I'LL CONVICT YOU whether YOU'RE here or NOT. YOU should have never got out. "I've Been A Judge over 22 years and YOU'RE the only defendant I've ever Been Afraid of" THEN IN RETALIATION SHE DOES NOT RECUSE HERSELF. SHE CONVERTS my letters of complaints & wishes to "THREATS I AM GIVING YOU THE MAX SENTANCES AND RUNNING THEM CONSECUTIVE" Key "FOR YOUR THREATS" Yet IN REPORT BY BEALE NO THREATS FOUND. SO THEY FORMULATE SET UP, MONTHS AFTER STATEMENTS (SO I CANNOT CALL ANY WITNESSES THERE AT THE TIME) THAT I MADE OPEN AND CLEARLY HEARD ACCROSS DAY HALL INFRONT OF 96 INMATES "VERBAL THREATS TO JUDGE" [YET NEVER WRITTEN UP FOR OR NOTED OR SPOKEN TO OR REFERED TO MENTAL HEALTH OR EVEN PUT ON I DD OL EVEN ASKED "HEY YOU ALRIGHT"] WHEN YOU found OUT I WAS GOING TO WIN AT APPEALS YOU BACK logged & LIED ABOUT COMMENTS.

④ RF

REAL FACTS

I MAKE REAL THREATS TO KILL THE ANIMAL WHO RAPED AND MURDERED MY DAUGHTER EVERY WEEK. SOMETIMES DAILY OR HOURLY. I MAKE THREATS TO FIND WHO THREW MY BROTHER OFF UNION ST BRIDGE AND THROW THEM OFF. CLEAR 100% THREATS. NOBODY HAS EVER EVEN SAID STOP OR HEY DON'T YOU KNOW THATS A THREAT.

But AFTER I WIN 2 CASES AT APPEAL and get into SUPREME court Even my comments on the 3 BOOKS. MORMON PIG SLAYER I II III ARE NOW threats. ?? When the police. Drs. Judges. DA's & Attorneys realized they were caught. they plotted. They started Dis information. FAKE Logs - Even coercing Inmates to talk about my books as if they were real life actions and not Fictionally based plots in a novel. The Quotes, the Events and even the web cite do not exist. A BOOK OF EXTREME VIOLENCE AGAINST PERSONS WHO ARE REPORTED INSIDE A WEB CITE BAD. COP. COM. Centered around the news and Federal Governments refusal to go After Dirty officials. (BOOKS ARE WRITTEN FOR READERS. BASEBALL FOR BASEBALL FANS. IVE written for Judges. DA's Attorneys. Cops. parole. probation Drs psychiatrists. ANY PERSON WHO IS A PUBLIC TRUST. PUBLIC SERVANT AND ABUSED THAT POSITION OF TRUST. I collect stories of Abuses here and news and ASK INMATES HAVE YOU ANY STORIES ABOUT GOVERNMENT LYING OR ABUSING POWER? VICTIMS Some Alot of Lies and corruption. NOW, I'M A DANGER? NOW THAT I'M PROVING SET UPS & THE REAL CRIMINALS HERE ARE THOSE W/ BADGES & PUBLIC SERVANTS. NOW ITS AN ALL OUT ATTACK and 100% SET UP. EVEN THE STOLEN MAIL. THE LOWEST FORM IS PUBLIC SERVANT. ACTUALLY ASKED INMATE TO STEAL PARTS OF MY BOOK. THEN HAD IT ACTUALLY INVESTIGATED. AND GIVEN TO JUDGE. How FAR WILL THEY GO TO COVER UP THEIR ILLEGAL ACTS AND THEIR LIES.

②  RF

REAL FACTS

So, Now Its Going to be a set up. A Formulated plan of Action to track LOG. To make daily reports that follow the attempts to FRAME AND LABLE AND CHARGE. AND DISCREDIT. These are the Facts of Life For me Because of who I am. Personal knowledge of Corruption in Government. My Files. Photos. Recordings. Videos. Reports. Affidavits. REAL FILES. They Have been Stolen. GOVERNMENT FILES. Yet nobody wants to ask Who? or Why? (Just a cover up? And the Refusal to admit that They existed yet. Wife in interview with District Attorneys gives A clear description of Files. Photos. Reports even Listening to the Recordings of Dirty Cops. Judges Attorneys" RELEVANT?)

So, I've now given proof of research materials for my Books. I've also had the privilege of being personally Abused. Beaten. Attacked threatened and even murdered By Dirty Low life Cops. I've sat through years of Corruption So Bad So challenging that my only defense was to mount offence. WRITE A Book well 1 was not enough. B. II III was only a start. THE LEVEL OF CLEAR Corruption. Lies and Abuse has risen to a level that clear harm has now been Filed in the US Supreme courts. DR's Corrupted EVALS USING Corrupted false defamy slanderous direct Lies has been used by DA and Judges to Formulate their reasons for the way they Are Acting IN THEIR OFFICAL CAPACITY, Too BAD ITS BASED UPON LIES AND PROVEN PERJURY. Now THAT THEY. DA. JUDGES USED THESE Corrupted illegal fabricated EVALS to validate their Acts. I CAN prove ALL of my previous malicious prosecutorial treatment is now proven as do the Basis for their Actions. THEY BELIEVED THE LIES.

Well. I Filed over 8,000 pages to try to Stop You from digging your own graves. From hanging Yourselves And from Rolling A Bigger LIE.

③ RF.

# THE Prosecutorial Mis-conduct

History Seems to want to show its evil head. Things long Past and corrected have come undone. Bias and HATE HAVE again shown who rules the courts. Pope fed out FREE for All to use, yet OVER 8,000 pages of THE TRUTH IGNORED. Rights Denied. property Violated and allowed taken w/o laws to do So. Writs Denied. Suits Dismissed and Charges. Accused, Tried and Convicted yet NOT even Advised. Even charges MADE UP. WITHOUT 1 PIECE OF PROOF "Violation of Civil restraining order" Guilty AT Trial? yet I've NO Civil restraining orders OCT 2015 THAT OLD TALE KANGAROO or is it TAIL. ALL DUE PROCESS VIOLATED. NOT ONE WITNESS. NOT ONE POLICE REPORT. NOT ONE PHOTO - VIDEO - RECORDING ALLOWED FOR THE DEFENSE. EVEN PROVEN IMPEACHMENT BY THEIR OWN HANDS REPORTS THEY WROTE OFFICERS OWN ILLEGAL ACTS NOT ALLOWED. VIDEO MONTHS PRIOR OF DIRTY COPS SENT TO INTERNAL AFFAIRS. ATTORNEY RETAINED TO SUE POLICE. NOT ALLOWED. EVEN STATES WITNESS DESTROYED EVIDENCE REQUESTED BY DA "NOT ALLOWED"

(1) PMS

THREAT TO KILL MY BABIES (PETS) THEN ADMISSION TO DOING SO. NOT ALLOWED. FALSIFIED TRANSCRIPTS NOT ALLOWED - PERJURED AFFIDAVITS THEN RECANTING AT DISTRICT ATYS OFFICE 3 DAYS LATER NOT ALLOWED. MURDER AT LUTHERAN HOSPITAL BY AGENT NOT ALLOWED. PLANS PRE-MEDITATED TO STEAL TOOLS AND TAKE TO X-BOY FRIEND PANAMA CITY BEACH FL NOT ALLOWED. PLANS ON HOW TO GET RID OF PETS AND HAVE ME LOCKED UP IN HOSPITAL WITH NEIBOR IN PUEBLO. NOT ALLOWED. STOLEN FILES. STOLEN X-MAS PRESENTS LIES TOLD TO GRAN CHILDREN & DAUGHTER "I DONT KNOW WHERE HE IS" NOT ALLOWED. THREAT "IF YOU TALK ABOUT JASON OR THE DRUGS ILL MAKE YOU PAY, ILL KILL YOUR BABIES" NOT ALLOWED. THE FACT I HAD RENTERS IN HOME & SHE WAS KICKED OUT 3 WEEKS PRIOR NOT ALLOWED. THE FACT EYE WITNESSES NEIBOR & 2 RENTERS THERE SPOKE TO POLICE & POLICE REMOVED THEIR STATEMENTS & EVEN AT CRIME SCENE NOT THERE REMOVED BY POLICE. YET NOT ALLOWED - THE ONLY ALLOWED INFORMATION, THEIRS, DA'S & POLICE. EVEN CHARGED WITH WIFES DUI ON MY NCIC BUT NOT ALLOWED. ITS NOT EVEN MY CASE. NOT ALLOWED

(2) PHS

NO EXAMINATION OF STATES EVIDENCE ALLOWED. NOT EVEN PREVIOUS ACTS BY STATES WITNESS. THE CASE WAS A SHAM, FAKE, HEARSAY, THE INJURIES CLAIMED CAME FROM 1812 EAST ABRIENDO AVE PUEBLO CO IN 2015 $ I WAS NOT THERE. IT WAS HER MANY BOY FRIENDS (JOHNS) 160 OF HER JOHNS ON MESSENGER NOT ALLOWED. COMMENTS ON HOW "IF HE DOES NOT GET A SETTLEMENT I'M DITCHING HIM AND TAKING ALL HIS STUFF" NOT ALLOWED.

THE FACT MY WIFE OF 6 YEARS WAS SCREWING MY BLOOD RELATIVE JASON DeVries (Longmont) For COKE. NOT Allowed. Yet that was the reason for divorce & Seperation, reason Sent to pueblo. NOT ALLOWED. THE LOST CAR KEYS & ATTEMPT TO SET UP IN BEULAH NOT ALLOWED. THE FACTS BEHIND BRUISES INSIDE BICEP & HEAD FROM SEXUAL CONDUCT W/ BOY FRIENDS NOT ALLOWED YET IN INVESTIGATION. PHOTOS DON'T MATCH CLAIMS SO POLICE DESTROY PHOTOS. RECANTING OF HOW INJURY OCCURES RAY well's Home Beulah & Also 1832 DEPEW. NO STORIES MATCH TOTAL LIAR NOT ALLOWED.

③ PMS

OVERCOME THE PRESUMPTION
OF ABSTENTION

CLEARLY THIS CASE OF " PROVEN HARASSMENT AND PROSECUTION UNDERTAKEN

BY STATE OFFICIALS IN BAD FAITH WITHOUT HOPE OF OBTAINING A VALED

CONVICTION AND CAUSING THE EXTRAORDINARY IRREPARABLE INJURY "

PHELPS, 122 F.3d - 899 ( PEREZ V ledesma, 401 US. 82. 85 (A71)

THE PROOF OF A PROSECUTION
IN BAD FAITH & intentional
HARASSMENT "

① Whether it was frivous or undertaken with no reasonable objective
hope of Success ① Double Jeopardy Already punished for letters. ② no credible
threats found ③ BACK logged In House "so called threats a/o write ups?" Evidence is not
real Hells Angels stolen parts or Tools" Letter from witness. Judge never requested to
stop writing DA never Abuse never. ENTRAPMENT IN HOPE OF ACTUAL THREATENING letter
OR OUTBURST IN COURT ROOM.

② Whether it was motivated by the defendants suspect class or in
retaliation for the defendants exercise of his constitutional rights.
Class: "You should have never gotten out" Ill convict you whether you hear or not!
Freedom of speech & charges on police. Impeachment. INTERNAL AFFAIRS. Video
stolen tools and Equipment & Speach 2½ years of Denials. even stating #1
record "IT does not matter if you were not Advised" "HAS ENOUGH AND TOLD THEM ALL
WHAT I THOUGHT" writs Suits Appeals All filed. pure retaliation

③ Whether it was conducted in such a way as to constitute harassment and
an abuse of prosecutorial discretion, typically through the unjustified
and oppressive use of multiple prosecutions. ○ Double Jeopardy Proven
By Judges Sentencing statements. Denial of Dismissal refusal to give Copies of Evals
refused hearings - Use of Evals to dismiss civil cases USED TO DISMISS THE M-2
SAYING IT WAS FRIVOLOUS & A LIE. Even ordered courts Attorneys fees -

④ OTP

IRREPAIRABLE INJURY STEMMING
From State courts criminal prosecution

loss of property   Case not Brought in good faith

Forced to go to trial on case already punished for   BABCOCK

SLANDERED TO ATTORNEYS CONTACTED  GOV AGENCIES AND
USDC  USCA  USSC

ALL Prospective Attorneys turned away - NEWS refuses
to cover story & All Agencies - F.B.I CBI DEA STATE, JUSTICE,
EVEN PRESIDENT - HAVE BEEN TOLD  LIES ABOUT ME  THE
COURT IS CONTINUALLY FILING RESPONSES USING THE
Proven SLANDER LIES Defamation & CHARACTER ASSICCINATION

INJURY Denotes Action of Invasion of legally protected
Interest DEFAMATION COURTS HAVE RELIED UPON, EMAIL
TO MAKE DETERMINATIONS NOT MERIT NOT EVIDENCE
NOT FACTS.   PLAIN. Supposition & Belief that the
Email is true therefore what ever I Do or Say is
unbelievable. AND HAVE Followed this Course of Action
100°/o
Ⓔ OTP

ABUSE OF PROSECUTORIAL DISCRETION". NOT ONLY HAS JUDGE KING HAD HIS HAND IN DISMISSING ALL MY LEGITIMATE CLAIMS IN CIVIL SUITS BUT HE HAS WENT AS FAR AS OUTRIGHT PERJURY IN FILINGS WITH THE SUPREME COURT AND ISSUED ORDERS TO MISLEAD THOSE LOOKING AT MY CASES.

ONE ORDER CAN BE SHOWN PERJURED BY JUDGE SIMPLY PUT " HE HAD DEFENDANTS SERVED." AFTER LAST DATE OF FILING ALLOWED - ON PURPOSE TO INVOKE EVEN MORE COURT COSTS & TO HARASS PLAINTIFF. FURTHER NOT ONLY DID JUDGE ORDER ATTORNEY FEES, BUT HE NEVER ALLOWED SUBPENA OF THE M-1 (WHICH WAS CAUSE FOR LAWSUIT) THEN HE CALLS IT WITHOUT MERIT. A FICTIONAL PLAY TO STOP OUTSIDE COUNSEL FROM LOOKING INTO CASE OR MY REQUESTS FOR REPRESENTATION. THE USE OF SUCH SCANDEROUS LIES IN EFFECT STOPS ANY PERSON FROM LOOKING FURTHER INTO THE CASE. AS A VETERAN JUDGE HE CLEARLY KNOWS HOW TO STOP A PERSON SEEKING LEGAL REPRESENTATION WHILE INCARCERATED AND WHILE INDIGENT.

Further this Judge ALSO DENYS KNOWLEDGE OF CORRUPTED EVALUATIONS BY CMHIP YET WILL NOT ALLOW A REVIEW OR HEARING ON THE CORRUPTION. ITS ANOTHER CLEAR FACT "NEVER WORKED FOR DEA/STATE. OR THSR OR CBI OR NARCOTICS" Yet I Listed Agents. AFFIDAVITS TYPES OF CASES THE DATE, TIME, PLACE. ALSO NOTED THE VERY FACTS AROUND MY CASE ARE THE THEFT OF GOVERNMENT RECORDS. NONE TO THIS JUDGE HAVE EVER EVEN BEEN ALLOWED IN COURT. AND ALL FILINGS CONTAINING THE JUDGES DA'S DR'S AND ATTORNEY'S illegal acts were returned So that persons looking in the official record would not See them.

③ OTP

THIS IS HOLLYWOOD-HBO-NBC NIGHTLINE CORRUPTION, YET AS THE JAIL BEING THE PROTECTOR. AND THE CONTROLLER OF CONTACT & IE STOLEN & REFUSED LEGAL MAIL. UNABLE TO CONTACT COURTS, ATTORNEYS OR THE NEEDED GOVERNMENT AGENCIES. I'M WITHOUT A COUNTRY, WITHOUT A CONSTITUTION AND WITHOUT A LIFE. THE COVER STORIES STOP ANY SANE COMPETANT INDIVIDUAL FROM EVEN CONSIDERING MY CASES. IT'S SO BURRIED IN DEFAMATION SLANDER AND CHARACTER ASSESSINATION AS TO STOP EVEN A CITIZEN FROM REVIEWING IT. EVEN THE COURT APPOINTED COUNSEL STOLE KEPT, REFUSED TO RETURN FILE ON DEFENSE. AND SIDED WITH THE PROSECUTOR. JUDGE KING WOULD NOT ALLOW AN ARGUEMENT ON ISSUES to dismiss conspiring counsel who stole legal documents and refused to discuss Defense stratagy. OR Go over THE 1900 pages of Discovery or Contact witnesses, JUDGE WOULD NOT EVEN ALLOW A HEARING TO ACTUALLY TAKE PLACE 7½ MIN OF TESTIMONY & I WAS STOPPED & motion Denied I TRIED AGAIN TO REFER TO THE FACTUAL CONFLICTS OF INTEREST. JUDGE KING AGAIN STOPPED & DENIED THE DISMISSAL.

THEN HE ORDERED ITP EVAL. NEVER SAW DR MORE THAN LAST 3½ SECONDS, YET FULL REVIEW & NEVER GIVEN COPY OF ITP REVIEW & THEY HELD A HEARING W/O MY EVER SEEING DR OR COPY OF EVAL.

THE KING ORDERS ALL FILINGS IN COURT TO BE GIVEN TO ADX & YU DA. THEN WHEN IT GETS TO FACTUAL, MY PROOF OF INNOCENCE HE DENYS ALL FILINGS & RETURNS RETURNS THE ONES THAT PROVIDE PROOF OF INNOCENCE AND THE CORRUPTION BY JAIL DRS COURT, JUDGE, DA & LAWYERS. (CRIMINAL ASSAULT ON MENTAL STATE)

④ DTP

THE COURTS ACTS ARE CORRUPT [AND THAT IS THE YEARS UNDER STATEMENT]
THE COURTS ORDERS ARE FALSE AND INTENTIONALY PLACED TO STOP OUTSIDE
INTERVENTION. THE FACTS SURROUNDING THE CASE ARE CLEARLY FIRST
AMENDMENT UNDER CONSTITUTION. AND THE EXACT SAME WORDING WAS
GIVEN TO OFFICERS IN JCSO. "ABUSIVE LANGUAGE" NOT A THREAT?
THEY CANT HAVE BOTH STREETS. SO THEY HIRE BOULDER DA, &
THE UNPUBLISHED Decision King of legal coverups PAUL A KING. Funny
How 80% of his decisions go unpublished. THE PINCH HITTER? I
HAVE CLEARLY FOUND A NEST OF SNAKES. I HAVE STEPPED INTO
IT WITH A TRUCKLOAD OF ROPE (WHICH I GAVE AWAY FOR FREE) I
ALSO AT THE SAME TIME FILED WRITS IN WYOMING TO STOP IT
ALL FROM OCCURING (Due to 9-232 UINTA COUNTY) THEY ALL TOOK
Bundles OF ROPE. THEY ALL CHOSE TO DENY DUE PROCESS AND
REFUSE HEARINGS ON EVALUATIONS & EVIDENCE USED TO SUPPORT
THE FINDINGS. EVERY ONE INCLUDING MY OWN ATTORNEY CALLED
ME A LIAR.

NOW THAT THEY CHOSE THIS PARK TO PLAY IN. AND SET THE RULES
BY ENGAGING IN SLANDER IN REPORTS TO SUPREME COURT ON MY
CERTAIORIA AND IN APPEALS COURT AND IN USDC FURTHER EVEN
IN DISTRICT COURT, YOU HAVE TO BE HELD ACCOUNTABLE FOR
YOUR CLAIMS. 1997 Agent DAVID MORRIS (April) SAN YSIDRO
Front B.C. MEXICO Tijuana AKA Roberto Jimmez Moralez. I was Allowed
NEW MEXICO with US warrants to collect intel. Further FACTS?
Yet I've never had any CI work For Government. THE Cover UP!


OTP

UNITED STATES DISTRICT COURT DENVER COLORADO

Ros Allen Patterson     Plaintiff

VS.

Jefferson County combine courts Et al.

Defendants -

CASE # 1:17-CV-02380-GPG

28

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 01 2017

JEFFREY P. COLWELL
CLERK

MOTION FOR SUMMARY JUDGEMENT EDGEWATE POLICE DEPT

Comes Now plaintiff Ros Allen Patterson  and verify Alone

did give the court material physical evidence of

Murder By Edgewater P.D a malicious killing an

intentional killing without legal justification or

excuse using a mix description of charges and adding

a particular malice by claiming acts which never

took place and Items never Arrested with.

FACT; THE M-1 is a Mal gree document in

effective play a absolute pour against liberty

1

EXIBIT _A_ Original 42·U.S.C.A 1983 FILED

IN DENVER COLORADO TENTH DISTRECT COURT

SEPTEMBER 2017.

EXIBIT _B_ MOTION FOR SUMMARY JUDGEMENT

EDCRUMFRA POLICE DEPARTMENT FICEN IN

DENVER COLORADO TENTH DISTRICT COURT ON

NOVEMBER FIRST (2017) SEVEN PAGES

Supporting Cases

1:17-CV-02380-GPG        <u>98 Filings</u>      NO HEARING

1:8-CV-01247-LTB     Appealed & Denied   No Hearing

2:18-CV-0058-NDF    Appealed & Denied    No Hearings

ALL 26 CASES NO HEARINGS/NO FACTFINDER

Rights of the accused, no redress is allowed.

it is a form filled out by police for describing

actions of individuals under restraint/arrest, it is

Not a deadly weapon at the hands of officers

in the hands of a subject. (As in (Grace here)

ASSERTING
INJURY ACTUAL EXISTING AND SUBSTANTIAL

Physical injury.)  Officer from the Edgewater P.D

followed Ambulance to Lutheran Hospital from the

Edgewater P.D. [ JURISDICTION: Edgewater, Colorado

County of Jefferson State of Colorado. Duty Police officer ]

UPON ARRIVAL AT EMERGENCY RM. OFFICER FILLED.

OUT FORM M-1   NAME AND BADGE # ON

FORM. (INTENT) OFFICER DID NOT PUT ON

7—



FORM ACTUAL CHARGES THAT ARREST TOOK PLACE

KEY ✳ ARREST FOR "ALLEGED" VIOLATION OF A

restraining order/order of protection/harassment (HAVE

NEVER Been Advised of charges or read elements

of offense and no copies of document/charges

or given) or BAIL to Arrest on M-1

Form Filled out by officer from Edgewater PD

THE FACTS ON FORM   M-1 LUTHERN HOSPITAL

Are   ARRESTED MULTIPLE AUTOMATIC WEAPONS

HAS ACCESS TO MORE AUTOMATIC WEAPONS   THREATENED

TO KILL POLICE, WIFE, FAMILY,   EXPECT CHARGES

ATTEMPTED HOMICIDE   FELON   PRIOR FELON WITH

Fire arms   KEY ✳ NO WEAPONS, NO ASSAULTS

NO THREATS   NO AMMO, CASES or WEAPONS

DR IN ER COMES TO COUNTY IN ER WHERE

ACCUSED IS TIED DOWN.

NOTE, M-1 ALLOWS TREATMENT WITHOUT ANY

CONSENT QUESTIONING OR IT CAN BE FORCED

DR IN ER ANY QUESTIONS AS TO DATE

TIME PRESENT. THE I PLAINTIFF A JUSTICE

BEING FORCED A GOVERNMENT FILES ARE

NOT RECEIVED (TWO TEAMS ON CASE PROOF

THESE DEA LOGS FOLLOWING ROD ALLEN PATTERSON) ALSO

SHOOTING AT TEXACO STATION. DR REFUSES

TO LISTEN. SAID ILL GIVE YOU SOMETHING

TO RELAX- WITHOUT CONSENT. / NOTE DR

BELIEVES ARREST FOR M-1 NOT WHAT THE

Defendant Rob Allen Patterson is Stating on the

4

Record. IF QUESTIONED PATIENT ROB ALLEN

PATTERSON WOULD HAVE STATED KNOWN Allergy

to psychotropic Drugs. As found in 1999 in

CANMEP. Se withdrawls Kudos of Haldol

For PARTICULAR INJECTS INTO IV

PHYSICAL Proof. M.N.R MAGICIAN NEUROLEPTIC

REACTION (DEATH)

Rob ALLEN PATTERSON IS LEFT FOR DEAD. A NURSE

FINDS HIM Cold DINERS 02 63% unresponsive

Codes HIM AS HE IS PUT ON LIFE SUPPORT.

SEIZURES AND TEMPETURE FRYS Rob Allen

PATTERSONS BODY AND BRAIN, REFUSAL to

TREAT By Hospital Following M-1 (who could)

RESULTS IN MNS - Malignant Neuroleptic Syndrome

which has a 100% mortality rate . Proof

DEATH IN WYOMING . DIAGNOSES AT SAGE WEST,

DIAGNOSIS DR ROSE JICSO.

THERE IS NO TREATMENT , BRAIN CELLS SLOWLY

DEGENERATE & TOXIC

NOTE:

THIS TOOK PLACE WITH A form FILLED OUT

illegally By the Edgewater officer in the Lutheran

hospital in Jefferson county colorado in FACT no

Arrest for weapons or thefts ever occured

Defendant has Never been arrested w/a weapon

New resulting case has been found to be infact

an act of retaliation & claims on the Edgewater

PD. For illegal acts During cases at Ames

AND PROPERTY SOLD BY DRF FOR DONALD

DIXON AND THE LAW SUIT ON THE EDGEWATER

PD ON illegal dump threats and theft of

Property By Edgewater PD.   4 physical witness

and video proof a

THERE IS NO DEFENSE FOR THE ABOVE ACTS

THERE IS ONLY THE FACTS THAT RJB ALLEN

PATTERSON IS NOW TERMINAL DUE TO ACTIONS

BY EDGEWATER P.D.'S   LIES AND DETERMINATION

TO STOP LAW SUIT ON EDGEWATER P.D. AND

CAPT OF EDGEWATER P.D.

JUDGEMENT   $6,640,000

IMPEACHMENT OF OFFICERS —

GRAND JURY, Quann —

Rob Allen Patterson

6-27-17

## E.     PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS:"*

Name(s) of defendant(s):     See USDC , GoV

Docket number and court:     See USDC , GoV.

Claims raised:     See USDC , GoV

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)     See USDC , GoV

Reasons for dismissal, if dismissed:     Cover up Corruption

Result on appeal, if appealed:     See USDC , GoV

## F.     ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

_X_ Yes ___ No (*check one*)

5

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

For violation of federal constitutional rights and 1983.

① injunctive relief preventing continuous irreparable injury Due process

② declaratory relief holding unconstitutional processes in USDC & JCDC

③ declaratory relief holding determination of corruption to Grand Jury

④ compensatory & punitive damages for malicious prosecution & intentional infliction of emotional distress.

⑤ Jury REQUESTED. w/ change of venue due to corruption

⑥ Grand Jury Washington DC

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

8-20-19
_____
(Date)

(Form Revised December 2017)

6







PRIORITY
★ MAIL ★

DATE OF DELIVERY SPECIFIED*

USPS TRACKING™ INCLUDED*

$ INSURANCE INCLUDED*

PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

UNCENSORED
INMATE MAIL

FROM:

Ron A Parterson
PO Box 16700
Golden Co 80402

TO: USPC
901 19th St
Denver Co
80294

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES
POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service, July 2013, All rights reserved.

PS00001000014



TRACKED*
★ ★
INSURED*

PRIORITY®
★ MAIL ★

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT™



**UNITED STATES**
**POSTAL SERVICE**®

EP14F July 2013
OD: 12.5 x 9.5



P S00001000014

* Domestic only.   ** For international shipments, the maximum weight is 4 lbs.